**Order entered October 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00877-CR

**MICHAEL GLEN GARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 31429**

## ORDER

Before the Court is the State's October 21, 2019 motion for extension of time to file its brief. We **GRANT** the motion to the extent we **ORDER** the State's brief due by November 27, 2019.

/s/     LANA MYERS
JUSTICE